UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| ROBERT DOOLITTLE, Plaintiff | CIVIL ACTION NO. 1:20-CV-00390 |
| VERSUS | JUDGE DRELL |
| PHILLIP DEES, *ET AL.*, Defendants | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Progressive's Motion to Remand (ECF No. 15) is GRANTED.

IT IS FURTHER ORDERED that this case be REMANDED to the Ninth Judicial District Court for the Parish of Rapides, State of Louisiana.

THUS ORDERED AND SIGNED in Chambers in Alexandria, Louisiana on this 9th day of November, 2020.

DEE D. DRELL, JUDGE
UNITED STATES DISTRICT COURT